IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF FLORIDA

**TUSCANY CHEESE, LLC,**
*Plaintiff*,

V.                                                                                                  CASE NO.:

**TRUE GRADE, LLC,**

*Defendant*.
_____/

## COMPLAINT

COMES NOW, Plaintiff TUSCANY CHEESE, LLC (hereinafter "Tuscany"), by and through its undersigned counsel, and sues Defendant TRUE GRADE, LLC ("True Grade") and alleges:

### NATURE OF ACTION

1. This is an action for $790,335.60 in damages, exclusive of attorney's fees, interests, and costs of Court, arising from breach of contract or, in the alternative, account stated.

### THE PARTIES, JURISDICTION, AND VENUE

2. Plaintiff Tuscany Cheese, LLC, is a limited liability company duly organized and existing under the laws of the state of California with its principal place of business located at 18101 Von Karman Avenue, 3rd Floor, Irvine, CA 92612. Tuscany's sole member is a company organized and existing under the laws of Australia.

3. Defendant True Grade, LLC, is a limited liability company duly organized and existing under the laws of the state of Florida with its principal place of business located at 7200 Corporate Center Drive, Suite 100, Miami, FL 33126. Upon information and belief, True Grade's

1

members are Antonio Malave and Christopher G. Wheeler, both of whom are residents of the state of Florida.

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) as the amount in controversy exceeds $75,000, exclusive of attorney's fees, interest, and costs, and the parties are citizens of different states.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because Defendant resides in this judicial district and all or a substantial part of the events or omissions giving rise to the claims herein occurred in this judicial district.

## GENERAL ALLEGATIONS

6. Beginning on or about November 2019, Defendant True Grade entered into an agreement with Plaintiff to purchase various amounts of UHT cream ("the goods") from Plaintiff.

7. Defendant sent purchase orders directly to Plaintiff, and Plaintiff delivered the goods to Defendant's Miami warehouse located at 7610 NW 25th St. #2, Miami, FL 33122.

8. Deliveries commenced in December 2019 and continued until April 2020.

9. Plaintiff issued a separate invoice for each shipment.

10. Defendant did not object to the invoices issued by Plaintiff and had, in fact, paid some of the invoices.

11. However, Defendant failed to pay Plaintiff for the goods delivered and invoiced under invoice nos. 10227, 10266, 10393, 10394, 10447, 10484, 10550, 10551, 10802, 10803, and 10804. Also Defendant only made a partial payment for goods delivered and invoiced under invoice no. 10230. Said invoices are attached hereto as "**Exhibit A**." The Customer Account Summary is attached as "**Exhibit B**."

12. These invoices remain unpaid. Plaintiff had repeatedly demanded the amount owed since 2020.

13. The total outstanding amount demanded and owed to Plaintiff by Defendant equals $790,335.60.

14. Following negotiations, on November 03, 2021, the parties agreed and executed a payment agreement wherein Defendant would make at least three (3) payments: $400,000.00 by December 27, 2021; $200,000.00 by February 28, 2022; and $190,335.5959 by March 31, 2022.

15. The written agreement was signed on behalf of Plaintiff by Chris S. Kilibarda, General Manager at Tuscany Cheese LLC, and signed on behalf of Defendant by Antonio "Tony" Malave, CEO of True Grade, LLC. Said written agreement is attached hereto as "**Exhibit C**."

16. As of the date of filing this Complaint, Defendant has not made any payment and has defaulted on the terms of the agreement.

17. All conditions precedent on the part of Plaintiff to be performed have occurred.

## COUNT I - BREACH OF CONTRACT

18. Plaintiff repeats and realleges the allegations in paragraphs 1 through 17 as fully set forth above.

19. Plaintiff and Defendant entered into a contract for Plaintiff to sell the goods to Defendant for an agreed consideration.

20. Plaintiff fulfilled its contractual obligations by delivering the goods to Defendant.

21. For the goods sold to Defendant, Plaintiff issued Defendant a series of invoices some of which remained unpaid. The total unpaid amount is $790.335.60 ("the outstanding debt"). A true and correct copy of the unpaid invoices are attached hereto as "**Exhibit A**," in addition to the Customer Account Summary attached as "**Exhibit B**."

22. Defendant has breached its contract with Plaintiff by failing to pay the outstanding debt for the goods sold and delivered to Defendant.

23. Defendant acknowledged the existence of the outstanding debt and its liability for the outstanding debt in the November 03, 2021, payment agreement. *See* "**Exhibit C**."

24. As a result of Defendant's breach of contract, Plaintiff has been damaged in an amount not less than $790,335.60.

25. In addition to the principal amount of outstanding debt, Defendant is obligated to Plaintiff for pre-judgment interest and costs.

**WHEREFORE**, Plaintiff prays for judgment against Defendant for damages in the amount of $790,335.60, plus interest, costs of Court, and attorney's fees, and any such further relief this Court may deem just and proper.

## COUNT II- BREACH OF CONTRACT

26. Plaintiff repeats and realleges the allegations in paragraphs 1 through 17 as fully set forth above.

27. Alternatively, Defendant entered a contract with Plaintiff in which Defendant agreed to pay Plaintiff the outstanding debt in the amount of $790,335.60 in the following schedules: $400,000.00 by December 27, 2021; $200,000.00 by February 28, 2022; and $190,335.5959 by March 31, 2022. *See* "**Exhibit C**."

28. Defendant materially breached the contract by not making a payment of $400,000.00 on December 27, 2021.

29.   As a result of Defendant's breach of contract, Plaintiff has been damaged in an amount not less than $790,335.60.

30.   In addition to the principal amount of outstanding debt, Defendant is obligated to Plaintiff for pre-judgment interest and costs.

**WHEREFORE**, Plaintiff prays for judgment against Defendant for damages in the amount of $790,335.60, plus interest, costs of Court, and attorney's fees, and any such further relief this Court may deem just and proper.

### COUNT III - ACCOUNT STATED

31.   Plaintiff repeats and realleges the allegations in paragraphs 1 through 17 as fully set forth above.

32.   Before the institution of this action, Plaintiff and Defendant had business transactions between them for which Plaintiff routinely invoiced Defendant.

33.   Upon receipt by Defendant of said invoices for the goods provided, Defendant did not object to the invoices. Defendant had paid some of the invoices issued by Plaintiff.

34.   Furthermore, Defendant did not dispute the outstanding debt reflected in the Customer Account Statement (**Exhibit B**) and acknowledged the outstanding debt in the payment agreement (**Exhibit C**).

35.   Although Defendant has acknowledged the outstanding debt in the amount of $790,335.60 is due and correct, and although Defendant promised to pay the outstanding debt, Defendant has failed to pay Plaintiff as of the date of filing of the instant action.

36.   The total outstanding debt is now due to Tuscany.

37.     Defendant owes Plaintiff not less than $790,335.60 for invoiced goods that is due with interest since the date on each invoice.

**WHEREFORE**, Plaintiff prays for judgment against Defendant True Grade in the sum of not less than $790,335.60, plus interest, cost of Court, and attorney's fees, and any such further relief this Court may deem just and proper.

DATED: February 09, 2022

>   Respectfully submitted,
>   **THE MOONEY LAW FIRM, LLC**
>   /s/ Shanshan Liang
>   Shanshan Liang, Esq.
>   Fla. Bar No. 112991
>   sliang@customcourt.com
>   2717 Neuchatel Drive
>   Tallahassee, FL 32303
>   Tel: 850.893.0670
>
>   *Counsel for Plaintiff Tuscany Cheese, LLC*